THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LORRAINE M. DULIN, Defendant-Appellant.

(No. 55224; )

First District—July 16, 1971.

*Rehearing denied August 12, 1971.*

*Abstract of Decision*

Opinion by Mr. JUSTICE DRUCKER.

Delbert T. Been, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Nicholas Taubert, Assistant State's Attorneys, of counsel,) for the People.